1  DENNIS K. BURKE
   United States Attorney
2  District of Arizona
   LIZA M. GRANOFF
3  Assistant United States Attorney
   Evo A Deconcini U.S. Courthouse
4  405 West Congress, Suite 4800
   Tucson, Arizona 85701-5040
5  Telephone: (520) 620-7300
   Email: liza.granoff@usdoj.gov
6  Attorneys for Plaintiff

CR10-0863 TUC RCC/CRP

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | INDICTMENT |
|---|---|---|
| Plaintiff, | ) | Violations: 21 USC §846 |
| | ) | 21 USC §841(a)(1) |
| v. | ) | 21 USC §841(b)(1)(A)(vii) |
| | ) | 21 USC §841(b)(1)(B)(vii) |
| Fabian David Monge; | ) | 21 USC §841(b)(1)(D) |
| Maria Isabel Sierras Santos (nee Monge); | ) | 18 USC §2 |
| Frances Monge; | ) | 21 USC §853 |
| Mary Francis Carlson (nee Monge); | ) | |
| Frank Steve Lopez; | ) | (Conspiracy to Possess with Intent to Distribute Marijuana; Possession with Intent to Distribute Marijuana; Aid and Abet; Forfeiture Allegation) |
| Lorena Marie Sylvester; | ) | |
| Belen Elisa Romero; | ) | |
| Heather Marie Martin; | ) | |
| Defendants. | ) | |

THE GRAND JURY CHARGES:

COUNT 1

Beginning at a time unknown, and continuing thereafter, up to and including February 22, 2010, at or near Tucson and elsewhere in the District of Arizona, FABIAN DAVID MONGE, MARIA ISABEL SIERRAS SANTOS (nee MONGE), FRANCES MONGE, MARY FRANCIS CARLSON (nee MONGE), FRANK STEVE LOPEZ, LORENA MARIE SYLVESTER, BELEN ELISA ROMERO, and HEATHER MARIE MARTIN named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons known and

unknown to the grand jury, to possess with intent to distribute in excess of 1,000 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about November 13, 2009, at or near Patagonia, in the District of Arizona, HEATHER MARIE MARTIN and MARIA ISABEL SIERRAS SANTOS (nee MONGE) did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, that is, approximately 22 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT 3

On or about February 9, 2010, at or near Whetstone, in the District of Arizona, LORENA MARIE SYLVESTER and FABIAN DAVID MONGE did knowingly and intentionally possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 107 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), and Title 18, United States Code, Section 2.

## COUNT 4

On or about February 22, 2010, at or near Sierra Vista, in the District of Arizona, BELEN ELISA ROMERO and FABIAN DAVID MONGE did knowingly and intentionally possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 126.96 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), and Title 18, United States Code, Section 2.

\\

## FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged in Counts 1 through 4 of this Indictment, defendants FABIAN DAVID MONGE, MARIA ISABEL SIERRAS SANTOS (nee MONGE), FRANCES MONGE, MARY FRANCIS CARLSON (nee MONGE), FRANK STEVE LOPEZ, LORENA MARIE SYLVESTER, BELEN ELISA ROMERO, and HEATHER MARIE MARTIN shall forfeit to the United States pursuant to Title 21, United States Code, Section 853:

(a) all right, title and interest in

(1) any property, real or personal, constituting or derived from any proceeds the defendant(s) obtained, directly or indirectly, as a result of the said violations, and

(2) any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the said violations, including, but not limited to, real property;

(b) A sum of money equal to the amount of proceeds obtained as a result of the offenses, for which the defendants are jointly and severally liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s): (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant(s).

\\

All pursuant to Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

[signature redacted]

DENNIS K. BURKE
United States Attorney
District of Arizona

[signature]

Assistant U.S. Attorney

APR 2 8 2010



REDACTED FOR PUBLIC DISCLOSURE